# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 21-5067

September Term, 2020

1:21-cv-00416-UNA

**Filed On:** May 13, 2021

Mary Jo Weidrick,

        Appellant

    v.

Joseph R. Biden, Jr., President and United
States Congress, parties acting in both
professional and personal capacities,

        Appellees

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Tatel and Pillard, Circuit Judges, and Sentelle, Senior Circuit Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and appendix filed by appellant, including a request to expedite this appeal. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order, filed March 4, 2021, be affirmed. Appellant has not shown that the district court abused its discretion in dismissing the case as frivolous. See Crisafi v. Holland, 655 F.2d 1305, 1307–08 (D.C. Cir. 1981) ("A court may dismiss as frivolous complaints . . . postulating events and circumstances of a wholly fanciful kind."). It is

**FURTHER ORDERED** that the request to expedite this appeal be dismissed as moot.

**No. 21-5067**                                              **September Term, 2020**


Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<u>**Per Curiam**</u>

FOR THE COURT:
Mark J. Langer, Clerk

BY:    /s/
Daniel J. Reidy
Deputy Clerk